UNITED STATES BANKRUPTCY COURT
Northern District of Georgia

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2023 MAR -9 AM 9:55

M. REGINA THOMAS
CLERK

BY _____
DEPUTY CLERK

IN RE:  India Ashley Johnson
        6587 Factory Shoals Rd.
        Mableton, GA 30126

xxx-xx-9507

Debtor

Case No. 23-51393-jwc

Chapter 7

## DEBTORS OBJECTION TO
## MOTION FOR RELIEF FROM STAY

The debtor hereby objects to the Motion of Pro Se Creditor Hussein Abaza for relief from the automatic stay. The reasons for the debtor objection are on the procedural grounds regarding service of Pro Se Creditor Hussein Abaza's Motion for Relief From Stay. Debtor has not received the aforesaid motion to this date and debtor was not served the aforesaid motion in accordance with Rule 9014(b): "Service. The motion shall be served in the manner provided for service of a summons and complaint by Rule 7004 and within the time determined under Rule 9006(d)".

Debtor respectfully requests this court to deny Pro Se Creditor Hussein Abaza's motion for relief from the automatic stay.

*India A. Johnson*

_____
Debtor

_____
Joint Debtor

___3/9/2023_____
Date

_____
Date

Case 23-51393-jwc    Doc 23    Filed 03/09/23    Entered 03/09/23 11:34:18    Desc Main
Document    Page 2 of 2

## CERTIFICATION

I hereby certify that a copy of the within Objection was mailed to:

**Pro Se Creditor Hussein Abaza**

**3017 Canton Pines Pl.
Marietta, GA 30068**

on the _9_ day of _March_____  .

_____
(Signature)

_____3/9/2023_____
(Date)