**IT IS ORDERED as set forth below:**

**Date: March 21, 2023**

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| INDIA ASHLEY JOHNSON, | CASE NO. 23-51393-JWC |
| Debtor. | |

## ORDER

**THIS MATTER** is before the Court on the Motion for Relief from Stay (Doc. No. 16) (the "Motion") filed by Hussein Abaza ("Movant"). The Motion seeks relief from the automatic stay to continue a dispossessory proceeding against Debtor. The Court held a hearing on the Motion on March 21, 2023 (the "Hearing"). Movant appeared at the Hearing. Having read and considered the Motion, and the Court finding cause exists to lift the automatic stay for the reasons set forth in the Motion and stated on the record at the hearing,

**IT IS ORDERED** that the Motion be and is hereby **GRANTED**, provided that the 14-day stay of this Order pursuant to Rule 4001(a)(3) is not waived, and the effectiveness of this Order

shall be stayed for a period of fourteen (14) days from the date of its entry pursuant to Rule 4001(a)(3).

The Clerk's Office is directed to serve a copy of this Order upon Debtor, Movant, the United States Trustee, and all parties on the mailing matrix.

**END OF DOCUMENT**